

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 23, 2007

Clerk, United District Court
1421 E. Barrett Prettyman
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   Transfer to U.S. Magistrate Judge

Case No.  OUR CASE # 07 MJ 00775    /    YOUR CASE # 06-CR-227

Case Title:  USA V TROY A. HOPKINS

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
   - ☐ Original bond to be forwarded by the Fiscal Section
   - ☒ Certified copy of final commitment
   - ☐ Original Passport
   - ☐ Original Declaration re: Passport
- ☒ Other  NFPV Financial Affidavit inclosed.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Rosalind Tyus-Simon
Deputy Clerk 213-894-8288

cc:  U.S. Attorney (Central District of California)
     U.S. Attorney (Receiving district)

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court

_____        By _____
Date                              Deputy Clerk

CR-48 (01/01)                LETTER RE: RULE 40 - TRANSFER OUT

U.S. District Court
CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:07-mj-00775-DUTY-ALL
Internal Use Only

Case title: USA v. Hopkins                                    Date Filed: 05/21/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Troy Antoine Hopkins** (1)                    represented by   **Reuven L Cohen**
TERMINATED: 05/21/2007                                           Federal Public Defenders Office
                                                                 321 E 2nd Street
                                                                 Los Angeles, CA 90012-4206
                                                                 213-894-4454
                                                                 Email:
                                                                 zzCAC_FPD_Document_Receiving@fd.org
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Public Defender or Community
                                                                 Defender Appointment*

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON
DEPUTY CLERK

**Pending Counts**                                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                           **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                  **Disposition**
Defendant in violation of 21:846, 21:841(a)                     Court ORDERS defendant Held to Answer to
(1) and (b)(1)(A)(iv); (b)(1)(B)(iv); 21:853;                   District of Columbia.
and 18:2

**Plaintiff**

**USA**                                          represented by  **US Attorney's Office**
                                                                 AUSA - Office of US Attorney
                                                                 312 N Spring St, 12th Floor
                                                                 Los Angeles, CA 90012-4700
                                                                 213-894-2434

Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2007 | | ***Defendant Troy Antoine Hopkins ARRESTED (Rule 5(c)(3). (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Troy Antoine Hopkins, originating in the District of Columbia. Defendant charged in violation of: 21:846; 841(a)(1) and (b)(1)(A)(iv); (b)(1)(B)(iv); 21:853; 18:2. Signed by agent Adrian A. Rolfe, USMS. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Troy Antoine Hopkins; defendants Year of Birth: 1976; date of arrest: 5/19/2007. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 3 | Defendant Troy Antoine Hopkins arrested on warrant issued by the USDC District of Columbia. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Jennifer T. Lum as to Defendant Troy Antoine Hopkins Defendant arraigned and states true name is as charged. Attorney: Reuven L Cohen for Troy Antoine Hopkins, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Court Smart: 05/21/07. (rts ) Additional attachment(s) added on 5/23/2007 (rts, ). (Entered: 05/23/2007) |
| 05/21/2007 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Troy Antoine Hopkins. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Troy Antoine Hopkins. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 7 | ORDER OF DETENTION by Magistrate Judge Jennifer T. Lum as to Defendant Troy Antoine Hopkins. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 8 | WAIVER OF RIGHTS approved by Magistrate Judge Jennifer T. Lum as to Defendant Troy Antoine Hopkins. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | 9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Jennifer T. Lum that Defendant Troy Antoine Hopkins be removed to the District of Columbia. (rts ) (Entered: 05/23/2007) |
| 05/21/2007 | | ***Magistrate Case Terminated. (rts ) (Entered: 05/23/2007) |

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**ROSALIND TYUS-SIMON**
_____
DEPUTY CLERK



FILED
2007 MAY 21 PM 1:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(S)

v.

Troy A. Hopkins

DEFENDANT(S).

CASE NUMBER

**07-0775**

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __US-DC/DC Indictment__
in the __U.S. Dist Court__ District of __Columbia__ on __7/27/06__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __21__ U.S.C., Section(s) __846, 841__
to wit: _____

A warrant for defendant's arrest was issued by: __US Dist Court, Dist of Columbia__  __Judge Urbina__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __5/21/07__, by
__Seneva Hunt__, Deputy Clerk.

_____
Signature of Agent

__Adrian A. Rolfe__
Print Name of Agent

__USMS__
Agency

__Inspector__
Title

CR-52 (05/98)            AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

①

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

**2 3 MAY 2007**

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON
DEPUTY CLERK



FILED
2007 MAY 21 PM 1:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Troy Antoine Hopkins DEFENDANT(S). | CASE NUMBER 06-227 07-0775  REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  5/19/07 @ approx. 0900 hrs  ☑ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21 USC 846, 841 Consp to Dist PCP
3. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1976
6. The defendant is: ☑ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district):  MDC LA
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer:  Duty officer
11. Remarks (if any): _____

12. Date:  5/21/07
13. Signature:  Adrian Rolfe
14. Name:  Adrian A Rolfe
15. Title:  Inspector

CR-64 (07/05)                      REPORT COMMENCING CRIMINAL ACTION

②

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-227-07    MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| DARNELL ANTHONY JACKSON | Troy Antoine Hopkins |
| | FILED<br>CLERK, U.S. DISTRICT COURT<br>MAY 2 1 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>DEPUTY |
| DOB:    PDID: | 07-0775 |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>JUDGE URBINA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED:<br>7/27/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>7/27/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 7/27/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 5/19/07 | Adrian A. Rolfe Inspector USMS | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
Western Division

UNITED STATES OF AMERICA,
                Plaintiff,
vs.

Seal
                Defendant.

Case Number: 2:07-MJ-00775
Initial App. Date: 05/21/2007

Out of District Affidavit
Initial App. Time: 3:00 PM
UNDER SEAL

Date Filed: 05/21/2007
Violation: 21:846, 841(a)(1),(b)(1)(A)(iv),(a)(1)and (b)(1)(B)(iv); 21:853 and 18:2
CourtSmart: 5/21/07

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Jennifer T. Lum**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Debra Plato, *Deputy Clerk* / Sara Heidel, *Assistant U.S. Assistant* / None, *Interpreter/Language*

[x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    [x] preliminary hearing OR [ ] removal hearing / Rule 20.
[x] Defendant states true name [ ] is as charged [ ] is _____
[x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[x] Attorney: Reuven Cohen, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
    [ ] Special appearance by: _____
[x] Government's request for detention is: [x] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[x] Defendant is ordered: [x] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[x] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [x] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[x] Defendant executed Waiver of Rights. [x] Process received.
[x] Court ORDERS defendant Held to Answer to _____ District of Columbia
    [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
    [x] Warrant of removal and final commitment to issue.
    [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
[ ] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

[ ] PSA  recd      [x] FINANCIAL     [x] READY     Deputy Clerk Initials _____

I hereby attest and certify on 28 MAY 2007 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON
DEPUTY CLERK
1105

M-5 (11/04)     CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE     Page 1 of 1

ORIGINAL

```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    SARAH J. HEIDEL
 4  (Cal. State Bar No. 209886)
    Assistant United States Attorney
 5  General Crimes & Complaints Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California  90012
 7       Telephone: (213) 894-2451
         Facsimile: (213) 894-3713
 8       E-mail: sarah.heidel@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
```

[FILED stamp: CLERK, U.S. DISTRICT COURT, MAY 21 2007, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07- 775 MJ |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | ) | |
| Troy Hopkins [PEDRO CAZARES MERCADO, stricken], | ) | |
| Defendant. | ) | |

[Certification stamp dated 2 3 MAY 2007: "I hereby attest and certify on ___ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody. CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA ROSALIND ___ DEPUTY CLERK"]

1105

   Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

   1.  **Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds**:

       ____  a.  offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

       ____  b.  alien not lawfully admitted for permanent

|     |       |                                                                                   |
|-----|-------|-----------------------------------------------------------------------------------|
|     |       | residence;                                                                        |
| ___ | c.    | flight risk;                                                                      |
| ___ | d.    | danger to community.                                                              |
| _X_ | 2.    | **Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure against:** |
| _X_ | a.    | danger to any other person or the community;                                      |
| _X_ | b.    | flight.                                                                           |
| ___ | 3.    | **Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):** |
| ___ | a.    | Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
| ___ | b.    | Defendant cannot establish by clear and convincing evidence that he/she will not flee. |
| _X_ | 4.    | **Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):**          |
| _X_ | a.    | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| _X_ | b.    | offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk); |

2

        c.   offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

        d.   defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, <u>AND</u> defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

X   5.  <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

        a.   a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or

3

more;

___ b. an offense for which maximum sentence is life imprisonment or death;

___ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

___ d. instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

___ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

_X_ f. serious risk defendant will flee;

___ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

___ 6. Government requests continuance of ___ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

4

7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

DATED: May 21, 2007

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


_____
SARAH J. HEIDEL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> vs. <br><br> Troy Antoine Hopkins <br><br> Defendant. | CASE NO. 07-775-M <br><br> ORDER OF DETENTION |

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

I hereby attest and certify on 2 3 MAY 2007 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON
DEPUTY CLERK
1105

I

A.  [X]   On motion of the Government in a case allegedly involving:

1.   ( )   a crime of violence.

2.   ( )   an offense with maximum sentence of life imprisonment or death.

3.   [X]   a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

D. the nature and seriousness of the danger to any person or the community.

## IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V

The Court bases the foregoing finding(s) on the following:

A. (X) As to flight risk:

defendant has prior conviction for failure to appear

no personal information provided that would mitigate risk of flight

B. (X) As to danger:

D has numerous contacts with law enforcement that relate to narcotics violations

also, there is no personal information provided by defendant to mitigate risk of danger

## VI

A. ( ) The Court finds that a serious risk exists the defendant will:

1. ( ) obstruct or attempt to obstruct justice.
2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

### VI

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: May 21, 2007

JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

2 3 MAY 2007

I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROSALIND TYUS-SIMON
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Troy Antoine Hopkins<br>DEFENDANT. | CASE NUMBER:<br>07-775<br><br>1105<br>**WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the District of **Columbia** alleging violation of **21 USC §841** and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☑ receive a copy of the charges(s) against me
☑ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

Troy Hopkins
Defendant

_____
Defense Counsel

Date: 5/21/07

_____
United States Magistrate Judge

M-14 (03/03)                WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

2 3 MAY 2007

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON
DEPUTY CLERK



1105

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF

v.

Troy Antoine Hopkins
DEFENDANT(S)

CASE NUMBER 07-775

FINAL COMMITMENT AND WARRANT OF REMOVAL
District of Columbia
At _____
        (City)

**TO: UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☒ an indictment by a Grand Jury
- ☐ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about 7/27/06 , 20___, in the District of Origin, the defendant did: 21:846; 841

in violation of Title(s) _____, U.S.C., Section(s) _____.

The defendant has now:
- ☒ duly waived identity hearing before me on 5/21/07 , 20___.
- ☒ duly waived preliminary examination before me on 5/21/07 , 20___.
- ☐ had a hearing before me on _____, 20___, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on _____, 20___, and it appears that the defendant is the person named as charged, and:
  - ☐ Bail has been set at $_____ but has not been posted.
  - ☐ No bail has been set.
  - ☐ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

5/21/07
Date

_____
United States Magistrate Judge

========================================= RETURN =========================================

Received this commitment and designated prisoner on _____, 20___, and on _____, 20_0_, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date

Deputy

M-15 (08/99)    FINAL COMMITMENT AND WARRANT OF REMOVAL    Page 1 of 1