# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-227-02    MAGIS. NO: |
| **UNSEALED** | |
| DARNELL ANTHONY JACKSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**Troy Antoine Hopkins**<br><br>FILED<br>MAY 30 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:    PDID: | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST: |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY: |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**JUDGE URBINA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>**U.S. DISTRICT COURT JUDGE URBINA** | DATE ISSUED:<br>7/27/06 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: *[signature]* | DATE:<br>7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5/29/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Campos, Anthony | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE EXECUTED 5/29/07 | | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |