UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227 |
| | : | |
| v. | : | |
| | : | |
| DARNELL JACKSON, ET. AL | : | |

**FILED JUN 8 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests for an enlargement of time in which to file motions. As grounds for this request, the government states as follows:

1.   The schedule for motions was set in March, 2007, in advance of the arrest of Troy Hopkins.

2.   The government anticipates that it will a motion to admit other crimes evident pursuant to Federal Rule of Criminal Procedure 404(b).

3.   At the present time, government's counsel is in plea negotiations with some of the remaining defendants in the case and does not believe that filing a motion would be appropriate until these final negotiations can be completed.

4.   Troy Hopkins has recently been arrested in this case and the government is certain that it will be filing a motion to admit other crimes evidence as to this defendant as well, which will include a factual proffer of these facts which is lengthy.

5.   The government has already filed a motion to request more time under the Speedy Trial Act because of this situation - that is, the situation where the government will be3 filing one

1

set of motions pertaining to defendants as a group, and a second set of motions that will follow within a week that deal with Troy Hopkins only.

WHEREFORE, the government requests an additional 10 days in which to file motions.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

_____/s/_____
S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendants below.

_____/s/_____
S. Elisa Poteat
Assistant United States Attorney

Defense Counsel:
1) Mr. Howard Bernard Katzoff, Esq.
   Counsel for Defendant Lawrence Bryant
   katzoffh@aol.com

2) Mr. James W. Rudasill, Jr., Esq.
   Counsel for Defendant John Downs
   rudasilljr7@aol.com

3) Mr. Nathan Silver, Esq.
   Counsel for Defendant Darnell Jackson
   nisquire@aol.com

4) Mr. Rudy Acree, Esq.

2

        Counsel for Defendant Bernie Hargrove
        Faxed to 202-331-7004

5)    Mr. Jensen Barber, Esq.
        Counsel for Defendant Keith Roots
        jebarber@aol.com

6)    Mr. Gary Sidell, Esq.
        Counsel for Defendant Lanika Mercedes Franklin
        suitcase@verizon.com

7)    Mr. Harry Tun
        Counsel for Defendant Troy Chavious
        Tunharry@aol.com

8)    Mr. Steven J. McCool
        Attorney for Defendant Damon Dixon
        smccool@mallonandmccool.com

9)    Mr. Cary Clennon
        Attorney for Defendant Troy Hopkins
        Clennon_law@comcast.net