**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal No. 06-CR-227 (RBW)** |
| *v.* : | |
| : | |
| **TROY HOPKINS** : | |

**DEFENDANT'S NOTICE OF FILING**

Defendant Troy Hopkins, by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
      July 5, 2007

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: *A. Eduardo Balarezo*
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC 20001

*Attorney for Defendant Troy Hopkins*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July 2007, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and Attached Request for Discovery to be delivered via Electronic Case Filing to:

Emory V. Cole, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

*A. Eduardo Balarezo*
_____
A. Eduardo Balarezo