**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | :    **Criminal No. 06-CR-227 (RBW)** |
| *v*. | : |
| | : |
| **TROY HOPKINS** | : |

## ORDER

Upon consideration of Defendant Hopkins' Motion to Extend Motions Deadline and to Continue Trial Date, it is this _____ day of_____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that the current trial date of September 26, 2007, is hereby **VACATED,** and a new date will be set by the Court.

_____
**REGGIE B. WALTON**
**UNITED STATES DISTRICT JUDGE**