UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :    **Criminal No. 06-CR-227 (RBW)** |
| *v.* | : |
| | : |
| **TROY HOPKINS** | : |

**ORDER**

Upon consideration of Defendant's Motion to Reconsider Denial of Counsel's Appearance, it is this _____ day of _____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that A. Eduardo Balarezo, Esq., be granted leave to remain as counsel for Defendant Hopkins in this case; and it is further

**ORDERED**, that this matter be continued for trial to _____.

_____
**REGGIE B. WALTON**
**UNITED STATES DISTRICT JUDGE**