UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 06-CR-227 (RBW) |
| | : | |
| **TROY HOPKINS** | : | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE *PRO SE* MOTIONS

Defendant Troy Hopkins ("Hopkins"), by and through undersigned counsel, respectfully moves this Honorable Court for leave to file the attached documents. In support of this motion Mr. Hopkins states as follows:

1. Undersigned Counsel previously filed a Motion to Reconsider Denial of Counsel's Appearance. The Court denied that Motion by Order dated August 1, 2007.

2. Counsel visited Mr. Hopkins on August 3 to inform him of the Court's Ruling. Mr. Hopkins asked, and in fact insisted, that counsel file the attached *pro se* motions and letter requests with the Court on his behalf.

3. The motions and letter are as follows:

    a. Motion/letter to the Court;

    b. Letter to Attorney Cary Clennon; and

    c. Motion to Have Retained Counsel.

**WHEREFORE**, for all the foregoing reasons, and any others that may appear to the Court, Mr. Hopkins respectfully requests leave of the Court to file the attached *pro-se* motions and letter request.

Dated: Washington, DC
August 4, 2007

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By:   /s/
_____
A. Eduardo Balarezo (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001
(202) 639-0999

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August 2007, I caused a true and correct copy of the foregoing Defendant's Motion for Leave to File Pro-Se Motions to be delivered to the parties in this matter via Electronic Case Filing.

/s/
_____
A. Eduardo Balarezo