UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :  **Criminal No. 06-CR-227 (RBW)** |
| *v*. | : |
| | : |
| **TROY HOPKINS** | : |

## ORDER

Upon consideration of Defendant's Motion for Leave to File *Pro Se* Motions, any opposition thereto, and for good cause shown, it is this _____ day of _____ 2007, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**REGGIE B. WALTON**
**UNITED STATES DISTRICT JUDGE**