US v Troy Hopkins 06-227 (RBW)

Motion for New Lawyer

Dear Judge Walton

I write to inform you that I do not want Cary Clennon as my lawyer. I told him over a week ago that I did want his services & that he was fired. I told him to file a motion with you. As far as I know, he has not done so.

I don't believe Mr. Clennon will properly represent me. I don't have confidence in him. From the first time we met he told me to plead guilty. I don't know how he could say that he is ready for trial. He has seen me a few times & not investigated my case. He has not filed any motions. All he wants is for me to plead guilty. I do not ~~want~~ have confidence in his ability to represent me.

Troy Hopkins 314-893