Dear Mr. Clennon,

This letter is to inform you that I am in no longer need of your legal assistance.

I have retained Eduardo Ballereyo to represent me in the case matter that you formally represented me on.

So with due respect consider yourself terminated as legal counsel for me in case matter 06-227 and any other legal capacity.

In addition, I am demanding that you turn over any and all legal documents that you have retained from the government or any other entity in the case matter in question to Mr. Ballereyo who is the lawyer now representing me, understanding that any property or information in your possession is protected by attorney-client privilege infinitely and that all of the aforementioned materials must be turned over to Mr. Ballereyo immediately according to the Rules of Professional Conduct.

7-20-07                 Respectfully, Troy A. Hopkins  314-893