United States District Court for the
District of Columbia

United States

    v                               Case # _____

Troy Hopkins

    Motion to have Retained Counsel, Edwardo Balleraro to proceed as Counsel for the defendant in said case matter.

Comes now the defendant Troy Hopkins pro se, and moves this Honorable Court to allow retained counsel to proceed as lawyer for the defendant in case # _____ and all subsequent matters

### Statement of Facts

The defendant was arrested on May, 2007, detained and transferred from San Pedro Federal Jail to DC Jail and ultimately brought to District Court and arraigned on a <u>one count</u> Indictment on _____ at which time Harry Clennan was appointed as counsel for the defendant

    Harry Clennan immediately advised me to meet with A U.S. Attorney and cooperate without sitting down with me and going over in fully the information in the said case matter. Even though that I explained to counsel that "I am innocent" of the matter as charged, he stilled insisted that I participate in a debriefing with the US attorney, and under the advice of counsel, I did just that, however, reluctantly. After the debriefing I again asserted my innocence to defense counsel Harry Clennan only to have my words fall upon death ears and a closed mind. "It doesn't matter if your innocent or not you need to cooperate with the government." - Mr. Clennan repeatedly insisted that I cooperate — still insist with the government and did not for a second consider the best State for the record that the debriefing was conducted under rule 11(e)(1)(c) of

*the Federal Rules of Criminal Procedure*

that I stated to him that "I am innocent". Mr. Clennon actions amounts to, what appears to be obstruction of justice. If I were a cooperating witness for the government & someone tried to convince me not to cooperate after I had entered into a deal with the gov't that would amount to obstruction of justice. I would state here that what Mr. Clennon is doing is the same. I'm sure the American Bar Association as well as the D.C. bar forbids such conduct.

And so it seems if this court is going to deny me the right to be represented by retained counsel of my choice, this court is participating in some scheme thats truly foreign to my comprehension but is in fact in violation of the Bill of Rights which protects the defendant's civil liberties, as well as the Rules of Professional Responsibilities, & it is scary that I have to go to such lengths just to be represented by retained counsel. It is my right to retain counsel of my choice & to deny me such rights would show extreme prejudice and amounts to a miscarriage of justice.

date _____                                  Respectfully Submitted
                                             Troy Hopkins

I swear that all of the above is true to the best of my knowledge.
                                             Respectfully,
                                             Troy Hopkins