US
vs
Troy Hopkins

Leave to file Ca # CC-06-227RBW
is granted
8/29/07
J. Walton

Motion for new council

Judge Walton

I write again to ask you to let me have Mr. Balarezo as my lawyer in this case. I have fired Mr Clennon I don't trust him. I don't want him as my lawyer. He can't be ready for trial by September. He hasn't filed any motions. He does not have my interests as number 1.

Respectfully,
Troy Hopkins

avoiding arrest. Am I obligated to do the governments job, nor am I obligated to turn myself in for crimes that I am unaware existed. In addition, I am, in large part, being framed, by various socalled officials and cooperating witness, govt officials, and this court, or so I seems. See Reasons stated below.

Courts have long held that a defendant has a right to counsel of his choice when he is able to retain counsel, and any infringement on that right undermines the criminal judiciary system and is a miscourage of justice. Even when a defendant is read his rights, it states, in part, "you have the right to an attorney, if you can't afford an attorney one will be appoint to you. Since I am able to afford an attorney — I have a right to higher and/or retain counsel of my choice.

Mr Cary Clennon is not a rocket scientist and even if this court forces me to keep Mr Clennon, base on the courts order itself, the court will have to grant a severance for me in this case. Because is no way Mr. Clenn or any other lawyer for that matter, can in good faith state that he can come up to speed and be effective in such a short notice. It is not reasonably possible.

It should be noted that, Mr Eduardo Balarezo was retained less that a month after Mr. Clennon was appointed by this court, Mr Clennon has already turned over discovery to Mr Balarezo which make Mr. Balarezo officially my attorney. And this court wants to change that. Why? What favor does this court have for Mr Clennon?

It should also be noted that the government has not even turned over all of the discovery in this case. Courts have long held that a defendant has the right to investigate and challenge every shread of evidence presented against him. The court must allow me to do just that, investigate and challenge the evidence or this court will directly

③

violate my right of confrontation, infringing on the Sixth Amendment and overstepping the Supreme Courts Ruling in Crawford. And since the Supreme Court is the law of this land, what this court is doing is embarking on a renegade mission all the while (at least in this case) practicing judicial insubordination.

This court must allow Mr Balarez to stay on as counsel, accept Mr Clennon's oral motion to withdraw from this case, and sever me from my so-called co-defendants, or recuse itself from this case matter and allow me to proceed in from of another judge, one who is less bias, impartial and reasonable.

This court cites cases that does not deal with the most important matter ie the right to a fair trial as set forth in Crawford-- which was ruled on by the Supreme Court later than any case that this court or the government cites. Even the most brilliant of minds, cannot, in good faith, with all the issues at hand, review the evidence, investigates the issues and try the case within four months of arrest. It should be noted that Mr. Clennon himself wasn't appointed in my abscence, and therefore has not had the same time or opportunity as other counsel in this case to review, study and investigate the issues/evidence. There is no way any lawyer can be effective in such a short period (4 months), unless his effectiveness is "geared" towards "99" of being beneficial to the gov't.

The only hypished unwritten language in the courts order, and the gov't's opposition as it appears on its face, is that there seems to have been some type of an agreement and/or meeting of the minds between Mr Clennon, the gov't and this court. And that extremely scary.

It is utterly ridiculous to think that to allow a criminal defendant reasonable time to prepare for trial with retained Balarez counsel that was retained not so long (10 days) long after the appointment of Mr Clennon will obstruct an orderly procedure in courts of justice, that gesture is obscene given the facts and circumstances of this case matter.

I would also argue that the factors as set forth in Poston, 902 F.2d at 96-97, see courts order page 5, supports all of my ~~the defendants~~ arguments as stated above. The balance of these factors clearly weighs in favor of granting the continuance that would be necessitated by a withdrawal of Mr. Clennon's appearance and the substitution of Mr. Balarezo as ~~the defendant's~~ my attorney.

Finally the court states that "Mr. Clennon is an experienced advocate who is eminently capable of effectively representing the interest of ~~the defendant~~ me at trial while fully ~~representing the defendants~~ protecting my constitutional rights." In its order the court never address the issue of discovery, that is ① not ~~in the defendant's~~ fully in my possession for inspection that will permit ~~the defendant~~ me to prepare for trial. Why? And according to "the government" it has "mounds of evidence" that ~~the defendant is~~ I am unaware of, have no clue exist, and have not seen. The ~~sup~~ Sixth Amendment guarantees the right of "assistance" of counsel; and therefore I need to review, inspect, listen to and be able to ~~thoroughly~~ soundly investigate and challenge every shred evidence that exist in this case. ~~particular to this~~

For the reason stated above, I respectfully ~~request~~ demand that this court grant Mr. Clennon's oral request to withdraw as counsel, allow Mr. Balarezo to stay on ~~this~~ my case as retained counsel, sever ~~the defendant~~ me from ~~his~~ my "alleged" co-defendants in this case matter and order issue a continuance in this case to allow ~~the defendant~~ me ~~to allow this defendant~~ to adequately prepare for trial and receive effective assistance of counsel. True justice can be served no other way. Respectfully Signature

[upside-down shopping list at bottom of page:]

Mrs. Dash - salt free, Pepper
Squeeze Cheese, Mrs Dash ~~no salt~~ / Sharp Cheddar Cheese
Quality Boxer Briefs and Long Underwear / Socks
Multi-vitamins and Vitamins A, B, C, D, E
Instant Coffee, Tea and Hot Cocoa
Oatmeal Cookies, Raisin, Strawberry, Vanilla Cookies (Chocolate Chips)
Beef Sticks, Turkey Logs and Turkey Jerky