UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| V.                          : | No. 06-0227-02 (RBW) |
| : | |
| TROY ANTOINE HOPKINS        : | |

DEFENDANT'S PROPOSED JUROR VOIR DIRE

Defendant Troy Antoine Hopkins, by and through undersigned counsel, respectfully seeks leave to join the request of the United States to propound a juror questionnaire to the venire panel to assist the parties in selecting fair and impartial jurors.

The questions in the government's proposed questionnaire are comprehensive and do not touch on impertinent topics.  It is counsel's belief that use of a questionnaire is a more efficient means to discover important information about each venire member without taking the time of the entire panel.  It is also counsel's belief that jurors are more likely to discuss sensitive topics with increased candor if not being personally questioned in the close presence of multiple lawyers.

WHEREFORE, for the above-stated reasons and those that may appear to the Court, Defendant Troy Antoine Hopkins respectfully moves this honorable Court to adopt a juror questionnaire for the purposes of conducting voir dire in this case.

Respectfully submitted,

_____
CARY CLENNON  #366816
Counsel for Troy Antoine Hopkins
Appointed by the Court

P.O. Box 29302
Washington, D.C.  20017
(202) 269-0969

CERTIFICATE  OF  SERVICE

   This is to certify that a copy of the foregoing pleading has been served on the office of the United States Attorney and other parties by electronic filing with ECF this thirty-first day of August, 2007.

_____
CARY CLENNON