UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v.                          )   Criminal Action No. 06-227-02 (RBW)
)
TROY HOPKINS,               )
)
         Defendant.         )
)
)

# ORDER

Currently before the Court is another undated <u>ex parte</u> letter from defendant Troy Hopkins regarding (1) the Court's August 1, 2007 denial of the defendant's Motion to Reconsider Denial of Counsel's Appearance; and (2) the Court's oral orders issued at the August 9, 2007 status hearing, at which the Court reiterated its earlier holding denying the oral motion of the defendant's attorney, Cary Clennon, to withdraw from this case, and vacating the entry of Eduardo Balarezo as new counsel for the defendant. As was the finding of the Court with respect to the defendant's prior letter, the Court construes the defendant's current letter as a <u>pro se</u> request that Mr. Balarezo be appointed as his attorney and that the appointment of Mr. Clennon as his attorney be vacated. Once again, for the reasons stated in the August 1, 2007 Order and at the August 9, 2007 status hearing, it is hereby

**ORDERED** that the defendant's request is DENIED.[1]

---

[1] The defendant is <u>again</u> advised that he should cooperate with his current attorney to ensure that his current attorney is in the position to properly represent him at his upcoming trial. The defendant should also understand that if he does not cooperate with his attorney, and this lack of cooperation directly results in his attorney's inability to adequately prepare for, and represent the defendant at, his upcoming trial, the defendant will not be able to use this inability as a future grounds for appeal.

**SO ORDERED** this 29th day of August, 2007.

_____
REGGIE B. WALTON
United States District Judge