UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-227 (RBW) |
| | : | |
| v. | : | Judge Reggie B. Walton |
| | : | |
| | : | |
| TROY ANTOINE HOPKINS, | : | |
| LAWRENCE BRYANT, | : | |
| JOHN DOWNS, III, | : | |
| BERNIE HARGROVE, | : | |
| Defendants. | : | |

## GOVERNMENT'S SUPPLEMENTAL NOTICE OF ITS INTENT TO CALL FORENSIC CHEMIST

The United States hereby gives supplemental notice to the parties of its intent to call an additional forensic chemist as a witness in the above-mentioned case. The chemist, Chien-Hsing Lee, is a forensic chemist employed by the Los Angeles County Sheriff's Department and that he would be qualified by education, training and experience to render an expert opinion concerning the identity of the substances seized in Los Angeles, California on or about January 24, 2004. If he was called to testify in this trial, he would state under oath, in part, as follows.[1]

**Chien-Hsing Lee:**

The exhibits submitted for analysis and listed below were contained in a taped sealed bucket submitted under laboratory receipt number J291243. Inside the bucket contained various kinds of packaging of plastic containers, which in turn contained an amount of substances or items to be chemically analyzed to determine its nature and volume. After receiving each exhibit, chemist Chien-Hsing Lee, was assigned to analyze the contents. Mr. Chien-Hsing Lee opened each exhibit

---

[1] The government would be prepared to take a stipulation to the above-mentioned testimony of the forensic chemist.

and removed the contents. He performed a chemical analysis on the substances or items found inside the interior packaging. The results of the chemical analysis for each substance are listed below. Mr. Chien-Hsing Lee identified each controlled substance to a scientific certainty. After completing the analysis, the items were returned to the Los Angeles County Sheriff's Department. The government exhibits analyzed by Chien-Hsing Lee are the following:

| **Exhibit** | **Laboratory Number** | **Item** | **Results of Analysis** |
|---|---|---|---|
| 1-A-001 | J291243 | 16 ounce bottle "Infusium 23" hair-care bottle | Contains Phencyclidine (PCP) |
| 1-A-003 | J291243 | 16 ounce bottle "Infusium 23" hair-care bottle | Contains Phencyclidine (PCP) |
| 1-B-001 | J291243 | 16 ounce bottle "Infusium 23" hair-care bottle | Contains Phencyclidine (PCP) |
| 1-B-004 | J291243 | 16 ounce bottle "Infusium 23" hair-care bottle | Contains Phencyclidine (PCP) |

WHEREFORE, the United States, by its counsel, respectfully gives notice to the parties of its intent to call forensic chemist, Chien-Hsing Lee, as a witness in the above-mentioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
EMORY V. COLE
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
(202) 616-3388