United States     United States District Court
                   For The District of Columbia
    v                       Criminal No. 06-227 (RBW)
                                  Deft. #2
Troy Hopkins     Motion TO Fire Mr. Clennon

*accept for filing*
*Judge Walton*
*9/13/07*

Judge Walton!

     I was arrested in May 2007 and the Court Forced me to take Mr. Clennon as Court-Appointed Lawyer. I told the Court that I did not want Mr. Clennon as my lawyer and that I had retained a private lawyer.

     Mr. Clennon has been trying to get me to plead guilty from the first time I met him. He has visited me only a few times and we have gone over just a little of the discovery. When I meet with him to discuss the case, he has no strategy, no case, no idea how to defend me. All he talks about is pleading guilty. He has not let me review all the discovery in my case so that I can help with my own defense. When his investigator visits, he falls asleep. I do not trust or have confidence in Mr. Clennon, I do not believe that he has my interest at Heart and I think he is working the government against me.

     How is it fair or just to Force me to be Represented By someone I Don't Trust and who don't care about my case? How is it fair or just to Force me to go to trial when I have not seen all the evidence? How is it fair or just to force me to go to trial less then three Months after my arrest when my codefendants have had over a year to prepare and the Government has had even longer? I believe your honor is punishing me for some reason when I have not even had a trial yet.

     I request that you sever me from the codefendants and let he have another attorney. You said that you would not try this case again and that the government should not have to try this case again. we are only talking about a few weeks of your time but I am talking about the rest of my life.

Your Honor, this is my life on the line. You are forcing me to make very important decisions when I don't have the attorney I want, when I haven't seen all the evidence, when my lawyer has not filed any motions and when my lawyer has no idea how to defend me.

Mr. Clennon also told me the government told him that all my codefendants will plead and I am the only one left for trial. If I am willing to delay my trial, why can't I have the lawyer I want?

Your Honor two months ago Mr. Clennon told you he was ready for trial. Here it is Sept. 6, and he is just getting ready to go to L.A. to investigate.

I truly Believe that that the court, government and Mr. Clennon believe that I am guilty and that you are trying to force me plead guilty in this case because it will be more convenient for you all.

Again, I beg you to let me have a lawyer I trust and have confidence in. Mr. Clennon Is Not That Lawyer.

Respectfully,
Tracy Hopkins