**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-227-02(RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **TROY ANTOINE HOPKINS,** | : | |

## GOVERNMENT'S REQUEST FOR HEARING ON COUNSEL

      The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that this Court hold a hearing to further review the issue of defendant's request for substitution of counsel, based on the following:

      The defendant has been charged in a conspiracy case with a violation of 21 U.S.C.§ 846. After his home was searched on August 1, 2006, he spoke to Special Agent Jesus Gomez by telephone and discussed his warrant.  Hopkins claimed that he would turn himself in within days of that conversation.  Instead, however, he elected to flee the jurisdiction, requiring government agents to engage in a nearly year-long, nationwide manhunt for the defendant.  He was eventually arrested in May of 2007 in California and acknowledged at the time of the arrest that he knew he was wanted.  He now complains in writing for the 5th time that he wants to substitute his current counsel, Mr. Cary Clennon, for Attorney Eduardo Belarezo, who cannot be ready for trial for over a year.  Since this case was "taken down" in August 2006, over 10 cooperating witnesses have pleaded guilty and most are waiting in jails to testify against the defendant, and some are being brought in from other jurisdictions on writs of testificandum.

      The government believes that these letters are nothing more than transparent and cynical attempts by persons in Hopkins' social circle to derail the trial and to create false appellate

issues.  Many of the letters are written in different handwriting, and one appears to have been

drafted on a shopping list.  Regardless of the government's belief that the defendant's letters are

nonsensical, the government recognizes that it is prudent to make further inquiries of the

defendant regarding this issue.

WHEREFORE the government requests that this matter be set for a hearing.

Respectfully submitted,
JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

_____

S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney
for the defendants below on September 13, 2007.

_____

S. Elisa Poteat
Assistant United States Attorney

Defense Counsel:
1)    Mr. Howard Bernard Katzoff, Esq.
      Counsel for Defendant Lawrence Bryant
      katzoffh@aol.com

2)    Mr. James W. Rudasill, Jr., Esq.
      Counsel for Defendant John Downs
      rudasilljr7@aol.com

3)    Mr. Nathan Silver, Esq.
      Counsel for Defendant Darnell Jackson

nisquire@aol.com

4)    Mr. Rudy Acree, Esq.
      Counsel for Defendant Bernie Hargrove
      Faxed to 202-331-7004


5)    Mr. Jensen Barber, Esq.
      Counsel for Defendant Keith Roots
      jebarber@aol.com

6)    Mr. Gary Sidell, Esq.
      Counsel for Defendant Lanika Mercedes Franklin
      suitcase@verizon.com

7)    Mr. Harry Tun
      Counsel for Defendant Troy Chavious
      Tunharry@aol.com

8)    Mr. Steven J. McCool
      Attorney for Defendant Damon Dixon
      smccool@mallonandmccool.com

9)    Mr. Cary Clennon
      Attorney for Defendant Troy Hopkins
      Clennon_law@comcast.net

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-227** |
| | : | |
| **v.** | : | |
| | : | |
| **TROY ANTOINE HOPKINS** | : | |

## GOVERNMENT'S REQUEST FOR HEARING ON COUNSEL

Having reviewed the defendant's letters requesting new counsel and the government's motion for a hearing, it is hereby,

ORDERED that a hearing on this matter shall be set for the ___ day of _____, 2007.

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA

4