UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA    :
                            :
        v.                  :    Criminal No. 06-227-02 (RBW)
                            :
TROY ANTOINE HOPKINS        :


                              O R D E R


     This matter having come before the court on Defendant Troy Antoine Hopkins' Motion To Suppress Statements, and having considered the positions of the respective parties, and it appearing that the Defendant is entitled to relief, it is, this _____ day of _____, 2007,

     **ORDERED,** that the Defendant's Motion be and is hereby **GRANTED.**



                                    _____
                                         REGGIE B. WALTON
                                    United States District Judge