UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-227** |
| | : | |
| v. | : | |
| | : | |
| **TROY ANTOINE HOPKINS** | : | |

## ORDER

Having reviewed the defendant's motion to suppress statements and the government's response thereto, the defendant's motion to suppress statement is hereby,

DENIED, this the ___ day of _____, 2007.

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA