```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA     :
                             :
                             :    Criminal No. 06-227-02 (RBW)
           v.                :    Judge Walton
                             :
TROY ANTOINE HOPKINS         :
```

### DEFENDANT'S NOTICE OF ADDITIONAL
### PROPOSED VOIR DIRE QUESTIONS

Defendant Troy Hopkins, by and through undersigned counsel, submits these additional proposed Voir Dire questions:

1.  There may be testimony in this case regarding the recovery of firearms.  Do you have any strong feelings about the possession of firearms that might affect your ability to view the evidence impartially without regard to your own personal views?

Counsel also propounds the following proposed question for insertion as question #26:

2. Have any you participated in any gun control advocacy organization or other group seeking reform of firearms laws?

Respectfully submitted,

_____
CARY CLENNON #366816
Counsel for Troy Antoine Hopkins
Appointed by the Court

```
                                P.O. Box 29302
                                Washington, D.C. 20017-9302
                                Phone : (202) 269-0969
                                Fax:   (202) 269-0969
                                Clennon_law@comcast.net
```

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties by ECF this twenty-sixth day of September, 2007.

```
                                _____
                                Cary Clennon
```