UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO. 06-227 (RBW) |
| DARNELL JACKSON, ET. AL ) | |
| Defendants. ) | |

## GOVERNMENT'S SUPPLEMENTAL FACTUAL PROFFER FOR ITS NOTICE OF INTRINSIC AND EXTRINSIC FACTS

The United States provides this Court with the following additional facts about the January 24, 2004, stop of Troy Hopkins at Terminal One of Los Angeles International Airport (LAX):

A group of individuals, including Marquita Booth and Russell Stringfield, were stopped at Burbank Airport the same day, both with PCP in their luggage in Infusium brand shampoo bottles. Diallo Cobham and Dinea Nolan were stopped as they entered a hotel room at the Renaissance Hotel near LAX. PCP was found in that hotel room. Russell Stringfellow and other males were arrested in a room in a Motel 6 near LAX that was filled with PCP as they were attempting flush PCP down the toilet. In the same room agents recovered many Infusium and Tresseme brand shampoo bottles, which had been emptied of their contents. Agents also recovered a Target store receipt for the purchase of these and Listerine bottles. Documents linked the persons in the two hotel rooms to each other. Dare's cell phone contained a saved phone number under the name "Fats" and "Fatboy." Hopkins had a phone that used that number when he was stopped at LAX. At the time he was stopped, Hopkins' luggage smelled of PCP. Flight records reveal that Cobham and Hopkins took Southwest Airlines Flight 85 together from Thurgood Marshall Baltimore Washington Airport (BWI) to LAX, on January 22, 2004, both

using Rapid Rewards tickets. Flight records also show that Dinea Nolan, and Kevin Barnett traveled together on Southwest Airlines Flight 1903 from Las Vegas to Burbank Airport on January 21, 2004. On January 22, 2004, Russell Stringfield, one of the persons arrested near PCP on the 24th of January, and Marquita Booth, also arrested at Burbank with PCP, took Southwest Airline Flight 2231 from BWI to Phoenix, and Flight 1257 from Phoenix to LAX, paying cash fo their tickets. Rental car records show that on November 15, 2004, Troy Hopkins and Marquita Booth rented a car together from Bargain Rent-A-Car. This car was observed by Detectives Sean Deere and Scott Parrish parked in front of 5601 Lundy Drive in Lanham, Maryland, in late November, 2004, which is the address of Troy Hopkins' parents and Troy Hopkins. Photocopies of Hopkins and Booth's driver's licenses were made by the rental car company employees and were obtained by the Drug Enforcement Administrative pursuant to an administrative subpoena.

    The government's evidence will show that Cobham and Hopkins bought the PCP from a mutual source in Los Angeles and it was their PCP that was seized by police.

    In February, 2004, Hopkins received a call from prison inmate Shelton Seldon and the two men talked about the seizure at LAX. Hopkins even talked about the amount he had paid for the "jugs" of PCP. (Apple juice jugs containing PCP were recovered in one of the hotel rooms and were photographed.) In the same call, Hopkins talked about how he thought "Lo" (Cobham's nickname) had set him up, and discussed "Hut" (Henry Dare's nickname), and the arrested persons. Linking himself to this co-conspirators as he discussed his theory for why police had stopped him, Hopkins stated, ". . .cause Lo was the one . . . this is the first time we was fucking wit' Lo . . .Lo gave us Rapid Rewards tickets and they had everybody name on the

Rapid Rewards boarding tickets . . they snatch me up at LAX."  In response to a question about why Cobham was not held by police, Hopkins replied, "Cause Lo was in the room . . . Lo had came up to the room when they had Hut . . Hut was in the room . . . It was half a jug in the room . . . in the room with them . . and they got caught . . . it was like four of them all together . . . your man and the broad got caught at the AP (airport) . . it was a jug in their room and the room that they caught them at . . .  they got the . . . hotel key out the girl pocket or . . I don't think the girl told them . . ." Seldon later asked Hopkins, "So how much you end up paying for the jugs?" Hopkins replied, "Uhm, I got them for 24 and . . . all together like 32 ($32,000) for three of them (meaning gallons of PCP)."  Hopkins later stated, in response to a question about how much "cheddar" (money) he lost "like 40 altogether."  He later went on to ask Seldon what lawyer he should get for "Hut."

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA

By:_____
S. ELISA POTEAT
Bar No.: 420-604
Phone: (202) 514-7067
EMORY V. COLE
Assistant U.S. Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

3

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Notice has been mailed on this, the 30th day of September, 2007, to the following attorneys:

                                                                         _____
                                                                         S. ELISA POTEAT
                                                                         ASSISTANT U. S. ATTORNEY

         Defense Counsel:
1)     Mr. Howard Bernard Katzoff, Esq.
         Counsel for Defendant Lawrence Bryant
         katzoffh@aol.com

2)     Mr. James W. Rudasill, Jr., Esq.
         Counsel for Defendant John Downs
         rudasilljr7@aol.com

3)     Mr. Nathan Silver, Esq.
         Counsel for Defendant Darnell Jackson
         nisquire@aol.com

4)     Mr. Rudy Acree, Esq.
         Counsel for Defendant Bernie Hargrove
         Faxed to 202-331-7004

5)     Mr. Jensen Barber, Esq.
         Counsel for Defendant Keith Roots
         jebarber@aol.com

6)     Mr. Gary Sidell, Esq.
         Counsel for Defendant Lanika Mercedes Franklin
         suitcase@verizon.com

7)     Mr. Harry Tun
         Counsel for Defendant Troy Chavious
         Tunharry@aol.com

8)     Mr. Steven J. McCool

        Attorney for Defendant Damon Dixon
        smccool@mallonandmccool.com

9)     Mr. Cary Clennon
       Attorney for Defendant Troy Hopkins
       Clennon_law@comcast.net

10)   Mr. Eduardo Balarezo
       lawoffice@balarezo.net