UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 06-227 (RBW) |
| ) | |
| LAWRENCE BRYANT, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

To ensure that all parties receive a fair trial in this matter, and in the interests of securing passage into the E. Barrett Prettyman United States Courthouse for jurors in this case, it is

**ORDERED** that vans transporting the jurors in this case be given priority access to the loading dock abutting the E. Barrett Prettyman United States Courthouse located at 333 Constitution Avenue, N.W., Washington, DC 20001.

**SO ORDERED** this 1st day of October, 2007.

_____
REGGIE B. WALTON
United States District Judge

1