UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227-02(RBW) |
| | : | |
| v. | : | |
| | : | |
| TROY ANTOINE HOPKINS, | : | |

### GOVERNMENT'S ADDITIONAL NOTICE OF STATEMENTS BY TROY HOPKINS WHILE IN CUSTODY AND TO A COOPERATING WITNESS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, recognizing its continuing duty to disclose any statements made by the defendants in the pending case, hereby provides notice of the following:

On October 1, 2007, Troy Hopkins called out to Darnell Jackson while in the subterranean lock-up making statements which were not solicited. Statement one was: "Tell Miss Poteat that she can kiss my big, black ass." Statement two was: "Say that we were competitors. That's the only way I can get out from under this thing," or words to that effect.

WHEREFORE the government respectfully provides notice that the defendant made these additional statements.

Respectfully submitted,
JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

_____
S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604

1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendants below on October 5, 2007.

                                                                                                           _____
                                                                                                           S. Elisa Poteat
                                                                                                           Assistant United States Attorney

Defense Counsel:

1) Mr. Howard Bernard Katzoff, Esq.
    Counsel for Defendant Lawrence Bryant
    katzoffh@aol.com

2) Mr. James W. Rudasill, Jr., Esq.
    Counsel for Defendant John Downs
    rudasilljr7@aol.com

3) Mr. Nathan Silver, Esq.
    Counsel for Defendant Darnell Jackson
    nisquire@aol.com

4) Mr. Rudy Acree, Esq.
    Counsel for Defendant Bernie Hargrove
    Faxed to 202-331-7004

5) Mr. Jensen Barber, Esq.
    Counsel for Defendant Keith Roots
    jebarber@aol.com

6) Mr. Gary Sidell, Esq.
    Counsel for Defendant Lanika Mercedes Franklin
    suitcase@verizon.com

7) Mr. Harry Tun
    Counsel for Defendant Troy Chavious
    Tunharry@aol.com

8) Mr. Cary Clennon
    Attorney for Defendant Troy Hopkins
    Clennon_law@comcast.net

Case 1:06-cr-00227-RBW    Document 218    Filed 10/05/2007    Page 3 of 3