UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                    Criminal Action No.   06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**FILED**

NOV 1 6 2007

**JURY NOTES**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

We would like to listen to the following calls:
2770, 2851, 2865, 2914, 3178,
3195, 3272, 3276, 3351, 3987,
6062

_____
Foreperson

11/16/07
Date

9:55 am
Time

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                              Criminal Action No.    06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

FILED

NOV 1 6 2007

**JURY NOTES**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

We would like to watch & listen to the video(s) made on 3/10/06 inside the van as Fats & Pops traveled from Dulles to Bernie Hargrove's apartment.

We would like to watch SV-20.

We would like to listen to calls 3023 and 3869.

11/16/07
Date

_____
Foreperson

10:16 am
Time