UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :
                                  :
        v.                        :    Criminal No.: 06-227-02 (RBW)
                                  :
TROY ANTOINE HOPKINS              :

### VERDICT FORM

As to the charge of conspiracy to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), we the jury find the defendant:

Not Guilty _____ Guilty __X__

_____
Foreperson

__11/27/07__
Date

If you agree with the verdict as indicated by your foreperson, please sign your name below: