UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 7 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                              Criminal Action No.  06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

### JURY NOTES

Is it legally possible to find someone
guilty of possession and distribution
without also finding that same person
guilty of conspiracy?

_____
                                    Foreperson

11/27/07
Date

10:00 a.m.
Time

# ***NOTE TO JURY***

I have reviewed your question as to whether it is legally possible to find someone guilty of distribution and possession with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP) without also finding that same person guilty of conspiracy. The answer is "yes": you can find someone guilty of distribution and possession with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of phencyclidine (PCP) without also finding that same person guilty of conspiracy.

_____

Reggie B. Walton,
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                              Criminal Action No.   06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

**JURY NOTES**

Is it possible to deliver some verdicts
and be hung on other charges?

_____
Foreperson

11/27/07
Date

11:20 a.m.
Time

# ***NOTE TO JURY***

I have reviewed your question as to whether it is possible to deliver some verdicts and be hung on other charges.  The answer is "yes": you <u>can</u> deliver some verdicts and be hung on other charges.

_____
Reggie B. Walton,
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 7 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                Criminal Action No.  06-227

TROY HOPKINS, LAWRENCE BRYANT
JOHN DOWNS III, BERNIE HARGROVE

### JURY NOTES

We are prepared to deliver 3 unanimous
verdicts. For the remaining 3 we have
people on both sides who are not
prepared to change their minds.
At this point, do we deliver these verdicts
and remain hung on the others? If not,
what suggestions could you offer us
and/or what is the process from here?

11/27/07
Date

2:45 p.m.
Time

Foreperson

## ***NOTE TO JURY***

I have reviewed your latest note, in which you ask whether you may deliver those verdicts for which there is unanimous agreement even though there is disagreement as to other possible verdicts.  You may deliver those verdicts for which there is unanimous agreement.  When you deliver those verdicts, I will address you further regarding those potential verdicts for which there is not unanimous agreement.

Reggie B. Walton,
United States District Judge