**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

MAR 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :
                                :
           v.                :     Criminal No. 06-227-02  (RBW)
                                :
TROY ANTOINE HOPKINS      :

**O R D E R**

This matter having come before the Court on Defendant
Hopkins's Motion To Continue Sentencing Hearing, and having
considered the positions of the respective parties, and it
appearing that the Defendant has demonstrated good cause for his
request for relief, it is, this ___19th___ day of March, 2008,

**ORDERED,** that the Defendant's Motion be and is hereby
**GRANTED.**

The sentencing hearing this matter will be heard on

___May 16_____, 2008. @ 2:00 pm.

_____
Reggie B. Walton
United States District Judge