UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227-02(RBW) |
| | : | |
| v. | : | |
| | : | |
| TROY ANTOINE HOPKINS, | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S POST-TRIAL MOTION TO SUPPRESS WIRETAP EVIDENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that this Court deny the defendant's *pro se*, post-trial motion to suppress wiretap evidence as moot and out of time.

On May 14, 2008, the defendant filed a Defendant's Motion to Suppress Evidence Obtained from Interception of Wire Communication, some five months after the trial ended with a verdict of guilty on all charged.

According to Federal Rule of Criminal Procedure 12(b)(3)(C) a motion to suppress evidence must be made before trial. Therefore Hopkins' motion should be denied.

Further, this motion should be denied on secondary grounds since this Court already denied Lawrence Bryant's Motion to Suppress Wiretap Evidence which was adopted by Hopkins prior to trial. Therefore this issue has been litigated and is now the law of the case.

*Wherefore*, we request that the defendant's motion be denied,

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney
Bar No. 498-610

_____
S. Elisa Poteat
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20001
Bar. No. 420-604

_____
_____Emory V. Cole
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Cary Clennon, on May 16th, 2008.

_____
S. Elisa Poteat
Assistant United States Attorney

Defense Counsel:
Mr. Cary Clennon
Attorney for Defendant Troy Hopkins
Clennon_law@comcast.net

2