UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROY A. HOPKINS, )<br>)<br>Defendant. )<br>) | Criminal Action No. 06-227-02 (RBW) |

**ORDER**

To ensure that the Court is adequately prepared to address the objection filed by the United States to paragraph 34 of the pre-sentence investigation report prepared on April 8, 2008, as revised on May 9, 2008, it is

**ORDERED** that on or before June 6, 2008, the United States shall file its supplemental memorandum in aid of sentencing specifically addressing those portions of the transcript of the defendant's trial, as well as any other evidentiary exhibits admitted at that trial, that support its objection to paragraph 34 of the pre-sentence report, if any it intends to file. It is further

**ORDERED** that the failure of the United States to file a supplemental memorandum in aid of sentencing by the date set forth above and in the manner indicated above shall be treated as a concession that there is no evidence in the record to support its objection to paragraph 34 of the pre-sentence report. It is further

**ORDERED** that the defendant shall file his opposition to the supplemental memorandum prepared by the United States, if any, on or before June 20, 2008. It is further

**ORDERED** that the failure of the defendant to file an opposition to any supplemental memorandum prepared by the United States shall be treated as a concession that there is no evidence in the record to dispute any evidence submitted by the United States in support of its objection to paragraph 34 of the pre-sentence investigation report. It is further

**ORDERED** that the defendant's sentencing hearing currently scheduled for May 16, 2008, at 2:00 p.m. is **CONTINUED** to June 30, 2008, at 2:00 p.m.

**SO ORDERED** this 14th day of May, 2008.

_____
REGGIE B. WALTON
United States District Judge