UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. 06-227-02 (RBW)** |
| | : | |
| v. | : | |
| | : | |
| **TROY HOPKINS** | : | |
| | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, requests that the Court extend the period of time in which it has to prepare and file a supplemental memorandum in aid of sentencing addressing the Court's Order dated May 21, 2008, and as grounds for this request states as follows:

    The United States became aware that there was going to be new order issued in late May in a telephone call placed to the clerk. On May 10, 2008, government's counsel called chambers to inquire about the Order and learned that it had been issued days earlier. Government's counsel then received the Order and noted it had a deadline of June 6, 2008.

    Government's counsel is happy to respond to every point raised by this Court and will need until June 18, 2008, to do so since the record in this case is lengthy and the government wants to thoroughly respond to the defense's claims.

Accordingly, the Government prays that the Court extend the time to respond to the Court's Order of May 21, 2008.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

       By:    ELISA POTEAT
               Assistant United States Attorney
                Bar No. 420-604
               202-514-7067

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing has been served by electronic transmission through ECF, (or by mail if designated) to Mr. Cary Clennon, counsel for the defendant, on this 11th day of June, 2008:

                                        ELISA POTEAT
                                        ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Criminal No. 06-227-02 (RBW) |
| v. | : |
| TROY HOPKINS | : |

ORDER

WHEREFORE, having reviewed the Government's Motion for Enlargement of Time in which to file its Supplemental Memorandum in Aid of Sentencing, it is hereby,

ORDERED that the government shall file its Supplemental Memorandum in Aid of Sentencing by _____.

_____
REGGIE B. WALTON, JUDGE
UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLUMBIA