UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-227-02 (RBW) |
| ) | |
| TROY A. HOPKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed the Government's Motion for Extension of Time in Which to File Supplemental Memorandum in Aid of Sentencing, and to ensure that the Court has received adequate briefing from the parties prior to the defendant's sentencing hearing, it is

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the United States shall file its supplemental memorandum in aid of sentencing, if any it intends to file, on or before June 20, 2008. It is further

**ORDERED** that the defendant shall file his opposition to any supplemental memorandum in aid of sentencing filed by the United States, if any the defendant intends to file, on or before July 21, 2008. It is further

**ORDERED** that the defendant's sentencing hearing is **CONTINUED** to July 23, 2008. at 11:00 a.m.

**SO ORDERED** this 11th day of June, 2008.

REGGIE B. WALTON
United States District Judge