United States of America
   vs.
Troy Hopkins.

accept for filing (7/8/08)
Judge Walton
Case # 06-227 RBW

**FILED**

JUL -8 2008

Clerk, U.S. District and
Bankruptcy Courts

Comes now, Troy Hopkins requesting this court to accept this Statist Report Motion!

Defendant Hopkins brings this statist report to the attention of the court in reference to the May 21st Order that the court filed.

Judge Walton I am writing to inform you that the Order that you filed on May 21, 2008 was brought to me just a few days ago on June 23, 2008. by my so-called lawyer Gary Clennon. In this Order you state that I have filed a response to the pre-sentence investigation report and memorandum in aid of sentencing along with an objection to the notice of prior convictions and sentencing enhancements. I have not seen exactly what my lawyer has filed in my behalf, and therefore I object to whatever the government believes I have conceded to.

In the Governments Supplemental Memorandum in aid of Sentencing, which was just brought to me Monday June 23, 2008, the government states (pg 3) under <u>Sales of Cocaine During the PCP Conspiracy</u> that in my objection I conceded to selling cocaine one time during the conspiracy to Darnell Anthony Jackson's uncle, Darnell

Kinard Jackson (a.k.a. Homicide). The Gov't asserts that since I conceded to this in my objections this fact is not in dispute. Your Honor, I have never conceded to this nor have I ever sold any drugs to Darnell Kinard Jackson.

There are many assertions that the government makes that I object to. In this memorandum the government alledges alot of different things that are false in an attempt to mislead and deceive the Court. This is the same unfair tactic AUSA Elisabeth Poteat and AUSA Emory Cole have used throughout the Grand Jury and trial proceedings. The government uses trial transcripts, wiretaps and other discovery which I do not have to aid and refer the court to, in their memorandum. I can not be an effective opposition without help from my lawyer and without any trial transcripts or other discovery.

Since I was convicted back in November 07, I have done everything in my power to get trial transcripts and other discovery that I need to continue to work on my case from Mr. Clennon. My mother has called Mr. Clennon everyday and left messages she has also e-mailed him constantly since my conviction trying to get the transcripts from Clennon so she could mail them to me. Clennon finally met with my mother a couple of weeks ago and gave her a disk with nothing on it. Since this day Clennon is back to being non-responsive. I have also asked Mr. Clennon since the first time we met to ask the court to give him an Order so I can spend time in the Law Library to work on my case. His words

were always, "I don't know why you keep asking me to get you time in the library, what do you have me for." I've been wondering the same thing.

I am in a unit with people who have gone to trial and who are now in process of going to trial in conspiracy cases. The Jones conspiracy, The Glover conspiracy and others. I am currently in a block with another client of Cary Clennon who is also in a conspiracy case, Tyrone Washington, he is in the Bector conspiracy. All these people have Court Orders to go to the Law library 3 to 4 times a week from 9:00am to 2pm to work on their case. I humbly ask the court to give me an Order so I can have some time in the Law library also. I have been handicapped by my counsel and have been denied access to court in several ways which has led me to unknowingly file motions out of proper procedure, but I will not let this stop me from fighting for my freedom the best way I can.

Respectfully Submitted

Troy Hopkins 314893