UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-227-02 (RBW) |
| ) | |
| TROY A. HOPKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed the letter submitted by the defendant pro se and filed by the Clerk of the Court on July 8, 2008, and it appearing to the Court that the most efficient manner to resolve the matters raised therein would be to address them at the defendant's next appearance before this Court, it is

**ORDERED** that the parties shall be prepared to address the matters set forth within the defendant's pro se submission at the defendant's sentencing hearing currently scheduled for July 23, 2008, at 11:00 a.m.

**SO ORDERED** this 15th day of July, 2008.

REGGIE B. WALTON
United States District Judge