# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )        Criminal No. __06-227-02 (RBW)__
)
TROY ANTOINE HOPKINS )

## NOTICE OF APPEAL

**FILED**

**JUL 3 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant:

> Troy Antoine Hopkins
> 1901 D St., S.E.
> Washington, D.C.  20003

Name and address of appellant's attorney:

> Cary Clennon
> P.O. Box 29302
> Washington, D.C.  20017

Offense:   Conspiracy to Distribute and Possess With Intent to Distribute in Excess of One Kilogram of Phencyclidine

Concise statement of judgment or order, giving date, and any sentence:

> Judgment in a Criminal Case, July 23, 2008
> Life in prison without possibility of release

Name and institution where now confined, if not on bail:   D.C. Central Detention Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_07/30/08_
DATE

APPELLANT

_Cary Clen___
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | |
| CJA, NO FEE | ✓ |
| PAID USDC FEE | |
| PAID USCA FEE | |

Does counsel wish to appear on appeal?        YES ☐    NO ✓
Has counsel ordered transcripts?              YES ☐    NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐    NO ✓

RECEIVED

JUL 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts