Notice of Appeal Criminal

CO-290
Rev. 3/88

United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06-227-02 (RBW)
)
TROY HOPKINS )

**FILED**
AUG 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF APPEAL

Name and address of appellant: TROY HOPKINS
1901 D St SE
WASHINGTON, DC 20003

Name and address of appellant's attorney: CARY CLENNON
PO BOX 29302
WASHINGTON, DC 20017

Offense: 21 USC 846

Concise statement of judgment or order, giving date, and any sentence:

JULY 23, 2008
LIFE IN PRISON

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

7/31/08                                  TROY HOPKINS (PRO SE)
DATE                                     APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?            YES [ ]   NO [✓]
Has counsel ordered transcripts?                  YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [ ]

PLEASE APPOINT ATTORNEY DANIEL DORSEY FOR APPEAL